# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL NO. 3:06CV74-MU

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ENTRY OF DEFAULT** |
| v. | ) | |
| | ) | |
| **$5000.00 IN UNITED STATES CURRENCY,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Entry of Default. It appears from Plaintiff's application and from the record, including the Court's file, that no person has filed a claim and answer in this matter, and the time for doing so has expired. This motion is therefore **GRANTED.**

**IT IS THEREFORE ORDERED** that a judgment of default be issued against all persons in the world as to this action.

Signed: July 18, 2006

Graham C. Mullen
United States District Judge