# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:06CV74-MU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFAULT JUDGMENT OF** |
| v. ) | **FORFEITURE** |
| ) | |
| $5000.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's motion under Fed. R. Civ. P. 55(b)(2) for a default judgment of forfeiture against the defendant property.

THE COURT FINDS THAT:

    1. A verified complaint for forfeiture <u>in rem</u> of the defendant property was filed on February 21, 2006. This Court found probable cause for forfeiture and issued a warrant for arrest <u>in rem</u>.

    2. Process was fully issued in this action and returned according to law. Pursuant to the warrant for arrest <u>in rem</u>, the government duly seized the defendant property. Service of process was made by publication of notice in <u>The Mecklenburg Times</u> on June 16, 2006.

    3. No person has filed a verified claim or an answer within the time allowed by law, and the Clerk has accordingly entered default.

    4. Based on the affidavit of James A. Smallridge, filed with the complaint, the government has shown probable cause to believe that the defendant property is proceeds of and/or was used or intended to be used to facilitate violations of 21 U.S.C. §§801 <u>et seq</u>., and that it is therefore subject to forfeiture under 21 U.S.C. §881(a)(6).

BASED ON THE FOREGOING FINDINGS, THE COURT CONCLUDES that the government is entitled to a judgment of forfeiture by default against the defendant property.

**IT IS THEREFORE ORDERED** that:

1. The government's motion for default judgment of forfeiture is hereby granted.

2. Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States; and no other right, title, or interest shall exist therein: $5000.00 in United States currency seized on or about September 10, 2005, in Charlotte, North Carolina.

3. The United States is hereby directed to dispose of the forfeited defendant property as provided by law.

Signed: July 18, 2006

Graham C. Mullen
United States District Judge